# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>Dover Corporation,<br>　　　　　Plaintiff,<br><br>v.<br><br>Eli Lilly and Company, et al.,<br>　　　　　Defendants. | Civil Action No. 1:26-cv-00390<br><br>Honorable Thomas M. Durkin |

## PLAINTIFF DOVER CORPORATION'S
## NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2 of this Court and Fed. R. Civ. P. 7.1, Plaintiff Dover Corporation discloses that the following entities or individuals own 5% or more of Dover Corporation: BlackRock, Inc.; JPMorgan Chase & Co.; and The Vanguard Group.

Dated: January 23, 2026

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
bcash@levinlaw.com
Brandon L. Bogle
bbogle@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR,**

Christopher A. Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
Steven J. Daroci

**BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7140

Benjamin J. Widlanski
bwidlanski@kttlaw.com
Tal J. Lifshitz
tjl@kttlaw.com
Jorge L. Piedra
jpiedra@kttlaw.com
Rachel Sullivan
rs@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

sdaroci@seegerweiss.com
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
973-639-9100

Russell W. Budd
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
cmansour@baronbudd.com

Burton LeBlanc
**BARON & BUDD, P.C.**
2600 Citiplace Drive, Suite 400
Baton Rouge, Louisiana 70808
Tel.: (225) 927-5441
bleblanc@baronbudd.com

Roland Tellis
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Los Angeles, California 91436
Tel.: (818) 839-2333
rtellis@baronbudd.com
mpifko@baronbudd.com

Catherine Hancock Dorsey
**BARON & BUDD, P.C.**
600 New Hampshire Ave. NW, 10th Floor
Washington, D.C. 20037
Tel.: (202) 333-4562
cdorsey@baronbudd.com

Troy A. Rafferty
Jack Lurton

                **RAFFERTY DOMNICK**
                **CUNNINGHAM & YAFFA**
                815 S. Palafox St. 3rd Floor
                Pensacola, FL 32503
                Tel.: (850) 572-2323
                Troy@pbglaw.com
                jack@pbglaw.com

*Counsel for Plaintiff*