

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

District of New Jersey, Newark Division

Re: Dover Corporation v. Eli Lilly and Company et al

USDC Case Number: 26CV390

MDL Number: 3080

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 2/25/26**:**

   X   Was electronically transmitted to: District of New Jersey, Newark Division

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                   Sincerely.
                                   Thomas G. Bruton, Clerk

                                 By:   /s/   NF
                                             Deputy Clerk

Enclosures

**New Case No.** _____       **Date** _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016